■ SHLOMO WEINGLAS, Appellant, v MARK S. KAPLAN, Respondent.— Appeal from order, Supreme Court, New York County, entered on March 7, 1977, withdrawn, pursuant to stipulation filed in connection with *Weinglas v Kaplan* (58 AD2d 743). Concur—Kupferman, J. P., Capozzoli, Lane and Markewich, JJ.